UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-350-3BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | <u>ORDER</u> |
| | ) | |
| DEVONTE ALEXANDER BALLARD, | ) | |
| Defendant. | ) | |

This matter having come before the Court on Defendant's Motion to Seal Defendant's Sentencing Memorandum, and for good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum in the above-captioned case be sealed.

This 27 May 2011.

W. Earl Britt
Senior U.S. District Judge